**United States Bankruptcy Court, Northern District of Illinois, Eastern Division**
**Attorney Appearance Form**

Case Title:   James Johnson                                   Case Number:   19-35833

An appearance is hereby filed by the undersigned as attorney for:
  Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A.

Attorney name (type or print):   Peter C. Bastianen

Firm:   Codilis & Associates, P.C.

Street Address:   15W030 North Frontage Road, Suite 100

City/State/Zip:   Burr Ridge, IL 60527

Bar ID Number:   6244346                         Telephone Number:      (630) 794-5300
(See item 3 in instructions)

Email Address:      bkpleadingsNORTHERN@il.cslegal.com

Are you acting as lead counsel in this case?              ■ Yes    ☐ No

Are you acting as local counsel in this case?             ☐ Yes    ■ No

Are you a member of the court's trial bar?                ☐ Yes    ■ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes    ■ No

If this is a criminal case, check your status.     ☐ Retained Counsel
                                                   ☐ Appointed Counsel
                                                      If appointed counsel, are you
                                                      ☐  Federal Defender
                                                      ☐  CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on    November 14, 2022

Attorney signature:    /s/ Peter C. Bastianen
                (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015

**19-35833**

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**File No. 14-22-08697**

NOTE: This law firm is a debt collector.